# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR15-0006 |
| | ) | |
| LANE BUTTERFIELD | ) | |
| *Defendant* | | |

## ORDER OF TEMPORARY DETENTION AND SCHEDULING A HEARING

❏ Preliminary Hearing

☒ Detention Hearing

❏ Bond Revocation Hearing

❏ _____

| Place: | United States Courthouse 111-7th Avenue SE Courtroom 3, 4th Floor Cedar Rapids, Iowa 52401 | Before Judge: | JON STUART SCOLES |
|---|---|---|---|
| | | Date and Time: | February 10, 2015 at 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the Defendant is to be detained in the custody of the United States Marshals Service or any other authorized officer. The custodian must bring the Defendant to the hearing at the time, date, and place set forth above.

Date: February 6, 2015

_____
*Judge's signature*

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
*Printed name and title*